*In re* Víctor E. Vázquez Bracero.

*Número:* 3956                    *Resuelto:* 30 de octubre de 1992

*Reina Colón de Rodríguez, Subprocuradora General, e Iván F. Fuster, Procurador General Auxiliar,* en informe; *Govén D.*

*Martínez Surís, Director de la Oficina de Inspección de No-tarías*, en comunicación; *Jaime V. Biaggi Busquets*, abogado de Víctor E. Vázquez Bracero.

## I

PER CURIAM: Con motivo de una comunicación del Lcdo. Govén D. Martínez Surís, Director de la Oficina de Inspección de Notarías, expositiva de que el notario Víctor E. Vázquez Bracero no había rendido numerosos índices notariales, advenimos en conocimiento de que estaba padeciendo de una demencia senil temprana. Como consecuencia, ordenamos el 29 de mayo de 1992 a la Procuradora General que iniciara un trámite bajo la Regla 13.1 de nuestro Reglamento, 4 L.P.R.A. Ap. I-A.

En cumplimiento de esa encomienda, el 6 de agosto de 1992, la Procuradora General rindió su informe. Con vista a la documentación que acompaña, nos plantea que todos los familiares inmediatos del licenciado Vázquez Bracero, al igual que su abogado Jaime B. Biaggi Busquets, coinciden en que la condición de demencia senil temprana lo descalifica de manera absoluta para ejercer la profesión legal. Esa condición y conclusión está avalada en dos (2) declaraciones juradas suscritas por los médicos Luis R. Cuevas Vélez y Edgar J. Vázquez González, unidas al expediente.

## II

Los hechos expuestos trazan el rumbo decisorio sin necesidad de ulterior trámite.

Ineludible, pues, bajo la Regla 13.1 de nuestro Reglamento, *supra*, por razón de sufrir la condición incapacitante de demencia senil temprana, es decretar la separación de la profesión de abogado al licenciado Vázquez Bracero.

Este decreto no se considera un desaforo, sino una medida de protección social.

*Se dictará la correspondiente sentencia.*